In the Matter of HENRY MORRIS, INC., Appellant, against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK et al., Respondents.

(Submitted November 21, 1932; decided December 6, 1932.)

*Max Rothenberg* for appellant.
*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly* and *Milton I. Hauser* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.